UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

FILED
DISTRICT OF NEBRASKA

JAN 2 7 1989

William L. Olson, Clerk

By_____Deputy

CR 89-0-10

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| Richard Blackbrid | ) |
| Defendant. | ) |

ORDER OF TEMPORARY DETENTION
PENDING HEARING

Upon motion of the United States Attorney,

IT IS ORDERED that a detention hearing is set before the Court for

January 30, 1989 _____ 1/ at ___1:30___ P.M. and

pending said hearing, the defendant shall be held in custody by the

United States Marshal.

DATED:

BY THE COURT:

Richard G. Kopf
United States Magistrate

1/
 If not held immediately upon defendant's first appearance, the hearing may
be continued for up to three days upon motion of the Government, or up to five
days upon motion of the defendant.  18 U.S.C. § 3142(f)(2).

 A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f)
are present.  Subsection (1) sets forth the grounds that may be asserted only by
the attorney for the Government; subsection (2) states that a hearing is mandated
upon the motion of the attorney for the Government or upon the judicial officer's
own motion if there is a serious risk that the defendant (A) will flee or (B) will
obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or
attempt to threaten, injure, or intimidate a prospective witness or juror.