IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA | ) | CR 89-O-10 |
|---|---|---|
| | ) | |
| Plaintiff(s), | ) | |
| vs. | ) | O R D E R |
| RICHARD R. BLACKBRID | ) | |
| | ) | |
| Defendant(s). | ) | |

**FILED**
DISTRICT OF NEBRASKA
AT _____ M
FEB 2 1 1989
15
William L. Olson, Clerk
By ____NB____ Deputy

IT IS ORDERED:

1. If applicable, filing(s) #14, Defendant's Motion for Extension of time is granted until March 3, 1989. The time between February 21, 1989 and March 3, 1989 is deemed excludable. ~~is/are granted;~~

2. If applicable, filing(s) _____

is/are denied;

3. If applicable, _____

DATED this  21st  day of  February , 1989.

BY THE COURT:

/s/ Richard G. Kopf
Richard G. Kopf
United States Magistrate

15