IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. RICHARD R. BLACKBIRD, Defendant. | **8:89CR10** **ORDER** |

Defendant Richard R. Blackbird appeared before the court on Monday, June 19, 2017 on a Petition for Warrant or Summons for Offender Under Supervision [30]. The defendant was represented by Federal Public Defender David R. Stickman, and the United States was represented by Assistant U.S. Attorney Michael P. Norris. The government did not request detention, therefore, the Defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Kopf.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Senior Judge Kopf in Courtroom No. 5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on July 28, 2017 at 1:30 p.m. Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

Dated this 19th day of June, 2017.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge